JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HARLOW,<br>      Plaintiff,<br><br>      v.<br><br>CHAFFEY COMMUNITY COLLEGE DISTRICT, et al.,<br>      Defendants. | CV 18-1583 DSF (SHKx)<br><br>JUDGMENT |

    The Court having granted Defendants' motion for summary judgment,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: March 15, 2021

                                                      Dale S. Fischer<br>
                                                      United States District Judge